DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                NO.
12-08-00015-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

MELBA CHARLENE WINTHROP            §                      APPEAL
FROM THE 217TH

a/k/a
MELBA SHARP,

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §                      ANGELINA
COUNTY, TEXAS

                                                                                       
                                                                    

MEMORANDUM
OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  The motion is signed by Appellant and her
counsel.  No decision having been
delivered by this court, the motion is granted, and the appeal is dismissed in
accordance with Texas Rule of Appellate Procedure 42.2.

            Opinion delivered January 31, 2008.

            Panel consisted of Worthen, C.J., Griffith, J., and Hoyle,
J.

 

 

 

 

 

 

 

(DO NOT
PUBLISH)